UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA CRANE ACQUISITION, LLC | CIVIL ACTION NO. |
| VERSUS | SECTION: |
| MATT ROLLMAN | JUDGE: |
| | MAGISTRATE: |

## TEMPORARY RESTRAINING ORDER

Considering Plaintiff's, Louisiana Crane Acquisition, LLC ("Louisiana Crane"), Motion for Temporary Restraining Order against Matt Rollman, and the legal arguments and evidence submitted therewith, the Court finds there is evidence of immediate and irreparable injury to Louisiana Crane, for which there is no adequate remedy at law and for which damages are incalculable. Without the relief granted below, Louisiana Crane will continue to suffer irreparable harm, which outweighs any potential harm to Mr. Rollman. The Temporary Restraining Order below will not disserve the public interest.

**IT IS THEREFORE ORDERED** that Louisiana Crane's Motion for Temporary Restraining Order is GRANTED;

**IT IS FURTHER ORDERED** that Matt Rollman, and all persons or entities acting in concert with him, are restrained, enjoined, and prohibited from (i) using and disclosing Louisiana Crane's confidential, proprietary, and trade secret information, including confidential customer information; (ii) competing with Louisiana Crane by carrying on with or being engaged in selling, supplying, installing, servicing, inspecting, and maintaining overhead cranes and mechanical handling solutions, including fabricated box girders, overhead bridge cranes, custom jib cranes, gantry cranes, workstation cranes, wire rope hoists, and chain hoists, and providing products and

services related to the foregoing; and (iii) soliciting Louisiana Crane's customers or vendors on behalf of Core Lifting, including CM Works, in violation of his non-solicitation obligations.

**IT IS FURTHER ORDERED** that, considering the nature of the relief sought, Louisiana Crane's obligation to post a bond is hereby dispensed with absent further order of the Court.

**IT IS FURTHER ORDERED** that this Temporary Restraining Order shall expire on _____ day of _____, 2022.

**IT IS FURTHER ORDERED** that Louisiana Crane's Motion for Preliminary Injunction shall be heard before this Honorable Court on the ____ day of _____, 2022.

Signed in Lafayette, Louisiana on this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE